IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROBERT W. BARICKMAN,**

    **Plaintiff,**

**v.**                                         **Civil Action No. 1:07cv134**
                                                  **(Judge Keeley)**

**JIM BUMGARDNER,**
**PAROLE BOARD MEMBERS,**

    **Defendants.**

## ORDER GRANTING PLAINTIFF'S REQUEST TO CORRECT DEFENDANT BUMGARDNER'S FIRST NAME

This case is before the Court on the plaintiff's motion to correct the first name of defendant Bumgardner. In his motion, the plaintiff asserts that in his complaint, he listed the defendant as Jim Bumgardner. However, the plaintiff has since discovered that defendant Bumgardner's first name is actually Fred. Thus, the plaintiff requests that defendant Bumgardner's first name be corrected.

Upon due consideration, the plaintiff's request to correct the first name of defendant Bumgardner (dckt. 8) is **GRANTED**. The Clerk is directed to make the appropriate change on the docket.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: October 16, 2007.

/s *John S. Kaull*

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE